LATHAM & WATKINS LLP
   Paul H. Dawes (Bar No. 55191)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

   Michele F. Kyrouz (Bar No. 168004)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIAN EXECUTIVE BUSINESS CORP. on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XOMA LTD.; JOHN L. CASTELLO AND PATRICK J. SCANNON,<br><br>Defendants | CASE NO. C 04 4878 MMC ARB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

WHEREAS the time for defendants to respond to the Amended Complaint would otherwise run on June 6, 2005; and

WHEREAS the parties have agreed that an extension of time for defendants to respond to the Amended Complaint is appropriate in light of the parties' ongoing settlement discussions;

IT IS HEREBY STIPULATED that the time for defendants to answer, move or otherwise respond to the Amended Complaint is extended to and includes July 6, 2005.


DATED:  June 3, 2005

LATHAM & WATKINS LLP
Paul H. Dawes
Michele F. Kyrouz
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095


By:  _____/s/ Michele F. Kyrouz_____
Michele F. Kyrouz
Attorneys for Defendants

///

///

///

///

///

///

///

///

///

///

CASE NO. C 04 4878 MMC ARB
STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  DATED:  June 3, 2005

2                                              GREEN WELLING LLP
                                                  Robert S. Green
3                                              235 Pine Street, 15th Floor
                                               San Francisco, CA  94104
4                                              Telephone:  (415) 477-6700
                                               Facsimile: (415) 477-6710
5

6

7                                              By:          /s/ Robert S. Green
                                                      Robert S. Green
8                                                     Attorneys for Plaintiff

9                                              -and-

10

11                                             FEDERMAN & SHERWOOD
                                                  William B. Federman
12                                             120 N. Robinson, Suite 2720
                                               Oklahoma City, OK  73102
13                                             Telephone:  (405) 235-1560
                                               Facsimile:  (405) 239-2112
14

15
    IT IS SO ORDERED.
16

17
    DATED: June 6, 2005
18

19                                             /s/ Maxine M. Chesney

20                                             United States District Court Judge

21

22

23

24

25

26

27

28

SF\516905.1                                                    CASE NO. C 04 4878 MMC ARB
                                    2              STIPULATION AND [PROPOSED] ORDER FOR
                                                   EXTENSION OF TIME TO RESPOND TO COMPLAINT