1  LATHAM & WATKINS LLP
      Paul H. Dawes (Bar No. 55191)
2  135 Commonwealth Drive
   Menlo Park, California 94025
3  Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
4
      Michele F. Kyrouz (Bar No. 168004)
5  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-2562
6  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
7
8  Attorneys for Defendants

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  PHYSICIAN EXECUTIVE BUSINESS          CASE NO. C 04 4878 MMC ARB
    CORP. on Behalf of Itself and All Others
14  Similarly Situated,                   **STIPULATION AND [PROPOSED] ORDER**
                                          **FOR EXTENSION OF TIME TO RESPOND**
15                    Plaintiffs,         **TO AMENDED COMPLAINT**

16
           v.
17
18  XOMA LTD.; JOHN L. CASTELLO AND
    PATRICK J. SCANNON,
19
                      Defendants
20

21

22

23

24

25

26

27

28

1    WHEREAS the time for defendants to respond to the Amended Complaint would

2    otherwise run on June 6, 2005; and

3    WHEREAS the parties have agreed that an extension of time for defendants to

4    respond to the Amended Complaint is appropriate in light of the parties' ongoing settlement

5    discussions;

6    IT IS HEREBY STIPULATED that the time for defendants to answer, move or

7    otherwise respond to the Amended Complaint is extended to and includes July 6, 2005.

8

9

10   DATED:  June 3, 2005

11                                                   LATHAM & WATKINS LLP
                                                          Paul H. Dawes
12                                                        Michele F. Kyrouz
                                                     505 Montgomery Street, Suite 2000
13                                                   San Francisco, CA  94111
                                                     Telephone:  (415) 391-0600
14                                                   Facsimile:  (415) 395-8095

15

16

17                                                   By: _____/s/ Michele F. Kyrouz_____
                                                          Michele F. Kyrouz
18                                                        Attorneys for Defendants

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

CASE NO. C 04 4878 MMC ARB
STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT

1    DATED:  June 3, 2005

2                                              GREEN WELLING LLP
                                                   Robert S. Green
3                                              235 Pine Street, 15th Floor
                                               San Francisco, CA  94104
4                                              Telephone:  (415) 477-6700
                                               Facsimile: (415) 477-6710
5

6

7                                              By:           /s/ Robert S. Green
                                                   Robert S. Green
8                                                  Attorneys for Plaintiff

9
                                               -and-
10

11                                             FEDERMAN & SHERWOOD
                                                   William B. Federman
12                                             120 N. Robinson, Suite 2720
                                               Oklahoma City, OK  73102
13                                             Telephone:  (405) 235-1560
                                               Facsimile:  (405) 239-2112
14

15
     IT IS SO ORDERED.
16

17
     DATED:  ___July 5, 2005_____
18

19                                             _____
20                                             United States District Court Judge

21

22

23

24

25

26

27

28

SF\516905.1

2

APPROVED
Judge Maxine M. Chesney