LATHAM & WATKINS LLP
    Paul H. Dawes (Bar No. 55191)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

    Michele F. Kyrouz (Bar No. 168004)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIAN EXECUTIVE BUSINESS CORP. on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XOMA LTD.; JOHN L. CASTELLO AND PATRICK J. SCANNON,<br><br>Defendants | CASE NO. C 04 4878 MMC ARB<br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS the time for defendants to respond to the Amended Complaint would otherwise run on July 6, 2005; and

WHEREAS the parties have agreed that an extension of time for defendants to respond to the Amended Complaint is appropriate in light of the parties' ongoing settlement discussions;

IT IS HEREBY STIPULATED that the time for defendants to answer, move or otherwise respond to the Amended Complaint is extended to and includes August 8, 2005.


DATED:  July 5, 2005

LATHAM & WATKINS LLP
Paul H. Dawes
Michele F. Kyrouz
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095


By: _____/s/ Michele F. Kyrouz_____
Michele F. Kyrouz
Attorneys for Defendants

///
///
///
///
///
///
///
///
///
///

DATED:  July 5, 2005

GREEN WELLING LLP
    Robert S. Green
235 Pine Street, 15th Floor
San Francisco, CA  94104
Telephone:  (415) 477-6700
Facsimile: (415) 477-6710


By:           /s/ Robert S. Green
    Robert S. Green
    Attorneys for Plaintiff

-and-

FEDERMAN & SHERWOOD
    William B. Federman
120 N. Robinson, Suite 2720
Oklahoma City, OK  73102
Telephone:  (405) 235-1560
Facsimile:  (405) 239-2112

IT IS SO ORDERED.


DATED:   July 6, 2005


/s/ Maxine M. Chesney

United States District Court Judge