1    LATHAM & WATKINS LLP
      Paul H. Dawes (Bar No. 55191)
2    135 Commonwealth Drive
    Menlo Park, California  94025
3    Telephone:  (650) 328-4600
    Facsimile:  (650) 463-2600
4

      Michele F. Kyrouz (Bar No. 168004)
5    505 Montgomery Street, Suite 2000
    San Francisco, California  94111-2562
6    Telephone:  (415) 391-0600
    Facsimile:  (415) 395-8095
7

    Attorneys for Defendants
8

9             UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

12   PHYSICIAN EXECUTIVE BUSINESS            CASE NO. C-04-4878 MMC ARB
    CORP., on Behalf of Itself and All Others
13   Similarly Situated,

14            Plaintiffs,

15       v.                  **STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**

16   XOMA LTD.; JOHN L. CASTELLO; and
    PATRICK J. SCANNON,
17

18            Defendants.          **Action Filed:**    **November 16, 2004**

19

20

21

22

23

24

25

26

27

28

1      IT IS HEREBY STIPULATED by and between the parties to this action through

2   their designated counsel that the above-captioned action be and hereby is dismissed with

3   prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)

4

5   DATED: 7/28 , 2005

6

7

8                                                LATHAM & WATKINS LLP
                                                 Paul H. Dawes
9                                                Michele F. Kyrouz

10
                                                 By: _____
11                                                   Michele F. Kyrouz

12                                               Attorneys for Defendants

13

14

15

16                                               FEDERMAN & SHERWOOD LLP
                                                 William B. Federman  Jennifer F. Sherrill
17

18
                                                 By: _____
19                                                   William B. Federman
                                                     Jennifer F. Sherrill
20                                               Attorneys for Plaintiff

21

22

23

24

25

26

27

28

1

* * * * *

2

3          IT IS SO ORDERED.

4

5

6

7

8
DATED:  August 4        , 2005

9
                                                    By: _Maxine M. Chesney_____
10
                                                    Hon. Maxine Chesney
11                                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23
SF\524121.1
24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. C-04-4878 MMC ARB